# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ANDERSON, M.D., et al.,<br><br>Defendants. | Case No. 18-cv-06920-JST<br><br>**ORDER CONTINUING DEADLINE TO SELECT ADR PROCESS**<br><br>Re: ECF No. 15 |

The Court has received the parties' stipulation and addendum regarding their selection of an ADR process. ECF No. 15. As the parties suggest, the Court hereby orders them to file their selection by February 15, 2019.

**IT IS SO ORDERED.**

Dated: January 25, 2019



JON S. TIGAR
United States District Judge