1 Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
2 Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
3 San Francisco, California 94104
Telephone: (415) 954-4400
4 Facsimile: (415) 954-4480

5 Attorneys for Respondents and Counterclaimants
RICHARD ANDERSON, M.D. and ALICE
6 ANDERSON

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Petitioner,<br><br>    vs.<br><br>RICHARD ANDERSON, M.D. and ALICE ANDERSON,<br><br>    Respondents. | Case No. 3:18-cv-6920-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADR** |
| RICHARD ANDERSON, M.D. and ALICE ANDERSON,<br><br>    Counter-claimants,<br><br>    vs.<br><br>FEDERAL INSURANCE COMPANY;<br><br>    Counter-defendant. | |

Petitioner and Counter-defendant Federal Insurance Company and Respondents and Counter-claimants Richard Anderson and Alice Anderson ("Parties") hereby stipulate as follows:

WHEREAS, the Parties are required to select an ADR option pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

WHEREAS, the Parties requested that the Court allow them to select an ADR option after February 8, 2019 because they had scheduled a meeting of counsel and experts for that day to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING ADR – Case No. 3:18-cv-6920-JST

35251\12289905.1

1 attempt to resolve their dispute (ECF No. 15);

2     WHEREAS, the Court ordered the Parties to select an ADR option by February 15, 2019

3 (ECF No. 16);

4     WHEREAS, the Parties' counsel and experts completed their meeting on February 8, 2019

5 without reaching a resolution, but are continuing to exchange information in an effort to facilitate

6 further settlement discussions and anticipate participating in such discussions within the next

7 month;

8     WHEREAS, the Parties' exchange of information and anticipated discussions will impact

9 what ADR option is likely to be productive;

10     THEREFORE, for good cause, the Parties hereby stipulate and agree that they will select

11 an ADR option no later than March 15, 2019.

12 **IT IS SO STIPULATED.**

Dated: February 15, 2019    FARELLA BRAUN + MARTEL LLP

By:  */s/ Tyler C. Gerking*
    Tyler C. Gerking

Attorneys for Respondent and Counter-claimant
Richard Anderson and Alice Anderson

Dated: February 15, 2019    MOUND COTTON WOLLAN & GREENGRASS LLP

By:  */s/ Jonathan Gross*
    Jonathan Gross

Attorneys for Petitioner and Counter-defendant
Federal Insurance Company

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING ADR – Case No. 3:18-cv-6920-JST

2

35251\12289905.1

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Tyler C. Gerking, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Jonathan Gross concurred in the filing of this document.

/s/ *Tyler C. Gerking*
Tyler C. Gerking

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: February 15, 2019

Honorable John S. Tigar
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
REGARDING ADR – Case No. 3:18-cv-6920-JST

3

35251\12289905.1