Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
Shanti Eagle (State Bar No. 267704)
seagle@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Respondents and Counterclaimants
RICHARD ANDERSON, M.D. and ALICE ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>        Petitioner,<br><br>vs.<br><br>RICHARD ANDERSON, M.D. and ALICE ANDERSON,<br><br>        Respondents.<br><br>RICHARD ANDERSON, M.D. and ALICE ANDERSON,<br><br>        Counterclaimants,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>        Counterdefendant. | Case No. 3:18-cv-06920-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES RELATING TO PETITIONER'S MOTION TO COMPEL APPRAISAL AND STAY PROCEEDINGS** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING DEADLINES
Case No. 3:18-cv-06920-JST

35251\12444516.1

Whereas, Petitioner and Counterdefendant ("Petitioner") filed its Motion to Compel Appraisal and Stay Proceedings on May 1, 2019 and scheduled the hearing thereon for June 13, 2019;

Whereas, at the time Petitioner filed its motion, it erroneously calculated the deadline to oppose as May 22, 2019 and the deadline to file any reply as May 30, 2019, and caused these dates to be entered on the docket;

Whereas counsel for Respondents and Counterclaimaints ("Respondents") contacted counsel for Petitioner and agreed that, although the deadlines were calculated in error, they would stipulate to the set briefing schedule as entered;

Whereas, the Parties agreed, in light of this error, that Petitioner would grant an extension to Respondent's time to file its Opposition to and including May 22, 2019 and would file its Reply, if any, by May 30, 2019;

Whereas, the Clerk contacted counsel for Petitioner on May 3, 2019, to inquire about the briefing schedule, as reflected in Petitioner's correspondence with the Clerk dated May 3, 2019, and counsel for Petitioner informed the clerk of the error and indicated that a stipulation formalizing the original dates as filed would be forthcoming;

Whereas, the docket was corrected on May 6, 2019 to reflect the correct deadlines per local rules;

Whereas, the hearing date is not set until June 13, 2019, and this extension will not impact any other deadlines or delay the hearing;

Whereas, the only other extensions previously stipulated to in this case were a three-week extension and a one-month extension of time to comply with Civil L.R. 16-8 and ADR L.R. 3-5 (see Dkt. Nos. 15-18), which likewise did not impact any other dates in the case:

The parties hereby stipulate and agree that the deadline for Respondents' and Counterclaimants' Opposition to the Motion to Compel Appraisal and Stay Proceedings is extended until and including May 22, 2019 and the deadline for Petitioner's Reply, if any, is extended until and including May 30, 2019.

/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING DEADLINES
Case No. 3:18-cv-06920-JST

2

35251\12444516.1

| | | |
|---|---|---|
| Dated: May 7, 2019 | | FARELLA BRAUN + MARTEL LLP |

By: */s/ Tyler C. Gerking*
Tyler C. Gerking

Attorneys for Respondents and Counterclaimants
RICHARD ANDERSON, M.D. and ALICE ANDERSON

Dated: May 7, 2019                                    MOUND COTTON WOLLAN & GREENGRASS LLP

By: */s/ Scott Glassmoyer*
Scott Glassmoyer

Attorneys for Petitioner and Counter-Defendant,
FEDERAL INSURANCE COMPANY

## **FILER'S ATTESTATION**

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation and [Proposed] Order Extending Briefing Deadlines for Respondent's Opposition to the Motion to Compel Appraisal and Stay Proceedings.

Dated: May 7, 2019                                    */s/ Tyler C. Gerking*
Tyler C. Gerking

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING BRIEFING DEADLINES
Case No. 3:18-cv-06920-JST

3

35251\12444516.1

# [~~PROPOSED~~] ORDER

In accordance with the above stipulation, PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for Respondents and Counterclaimants RICHARD ANDERSON, M.D. and ALICE ANDERSON to file their Opposition to the Motion to Compel Appraisal and Stay Proceedings is extended until and including May 22, 2019 and the deadline for Petitioner and Counterdefendant FEDERAL INSURANCE COMPANY's Reply in support of its Motion to Compel Appraisal and Stay Proceedings is extended until and including May 30, 2019.

Dated: May 7, 2019

_____
Honorable Jon S. Tigar
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING BRIEFING DEADLINES
Case No. 3:18-cv-06920-JST

4

35251\12444516.1