1 | Jonathan Gross (State Bar No. 122010)
jgross@moundcotton.com
2 | Lawrence Hecimovich (State Bar No. 129688)
lhecimovich@moundcotton.com
3 | Mound Cotton Wollan & Greengrass LLP
2200 Powell Street, Suite 1050
4 | Emeryville, California 94608
Telephone:  (510) 900-9371
5 | Facsimile:  (510) 900-9381

6 | Attorneys for Petitioner and Counter-defendant
FEDERAL INSURANCE COMPANY
7 |

8 | Tyler C. Gerking (State Bar No. 222088)
tgerking@fbm.com
9 | Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
10 | San Francisco, California 94104
Telephone:  (415) 954-4400
11 | Facsimile:  (415) 954-4480

12 | Attorneys for Respondents and Counter-claimants
RICHARD ANDERSON, M.D. and ALICE
13 | ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>    Petitioner and Counter-defendant,<br><br>vs.<br><br>RICHARD ANDERSON, M.D. and ALICE ANDERSON,<br><br>    Respondents and Counter-claimants. | Case No. 4:18-cv-06920-JST<br><br>**PARTIES' JOINT REPORT REGARDING STATUS OF APPRAISAL**<br><br>Judge: Honorable Jon S. Tigar |

Petitioner and Counter-defendant FEDERAL INSURANCE COMPANY and Respondents and Counter-claimants RICHARD ANDERSON AND ALICE ANDERSON ("Parties") submit this report regarding the status of the appraisal being undertaken pursuant to the Order Granting Motion to Compel Appraisal entered September 27, 2019 ("Order") (ECF No. 37).

1   The parties participated in an appraisal hearing on June 17 and 18, 2020.  The appraisal
2   hearing has been continued for a third session scheduled for July 16, 2020.  The parties hope to
3   complete the appraisal at that time.

**RESPECTFULLY SUBMITTED,**

Dated:  June 24, 2020                FARELLA BRAUN + MARTEL LLP


                                     By:  */s/ Tyler C. Gerking*
                                          Tyler C. Gerking
                                     Attorneys for Respondent and Counter-claimant
                                     Richard Anderson, M.D. and Alice Anderson


Dated:  June 24, 2020                MOUND COTTON WOLLAN & GREENGRASS LLP


                                     By:  */s/ Lawrence Hecimovich*
                                          Lawrence Hecimovich
                                     Attorneys for Petitioner and Counter-defendant
                                     Federal Insurance Company

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Lawrence Hecimovich, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Local Rule 5-1, I hereby attest that Tyler C. Gerking concurred in the filing of this document.

　　　　　　　　　　　　　　　　　　　／s/ *Lawrence Hecimovich*
　　　　　　　　　　　　　　　　　　　Lawrence Hecimovich